UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINNETTE TORRES, and<br>RYAN FLETCHER,<br><br>Defendants. | Case No. 2:19-CR-227-RSL<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE<br>TRIAL DATE |

This matter comes before the Court on a joint "Unopposed Motion to Continue Trial Date and Pretrial Motions." Dkt. #36. Having considered the facts set forth in the motion, and defendants' knowing and voluntary waivers, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defense counsel needs additional time to review the discovery provided by the government and to prepare for trial. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL - 1

3.     The Court finds that the additional time requested between January 6, 2020, and the proposed trial date of March 9, 2020 is a reasonable period of delay, as defense counsel needs additional time to review discovery.  The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4.     The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendants in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5.     Defendants have signed waivers indicating that they have been advised of their rights to a speedy trial and that, after consulting with counsel, they have knowingly and voluntarily waived those rights.  Defendant Linnette Torres has consented to the continuation of her trial to a date up to and including March 31, 2020.  Dkt. #36-1.  Defendant Ryan Fletcher has also consented to the continuation of his trial to a date up to and including March 31, 2020.  Dkt. #37.  Both waivers will permit trial to start on March 9, 2020, per the parties' request.

IT IS HEREBY ORDERED that the trial date be continued from January 6, 2020 to March 9, 2020.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to February 3, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 6, 2020, up to and including March 31, 2020, shall be excludable time pursuant to 18 U.S.C. § 3161, *et seq*.  The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

//
//
//

DATED this 4th day of December, 2019.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge