JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-227RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| LINNETTE TORRES AND RYAN FLETCHER, | |
| Defendants. | |

THE COURT has considered the defendants' motion to continue the pretrial motions deadline and hereby orders that the pretrial motions deadline shall be continued to February 20, 2020.

Dated this 25th day of February, 2020.

*MrS Lasnik*
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Jennifer Atwood*
Jennifer Atwood
Attorney for Ryan Fletcher

ORDER TO CONTINUE PRETRIAL MOTIONS
DUE DATE
(U.S. v. Torres and Fletcher, CR19-227RSL) - 1