UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINETTE TORRES,<br><br>　　　　　Defendant. | Case No. CR19-227RSL<br><br>ORDER |

This matter comes before the Court on defendant's "Motion for Clarification." Dkt. #88. On September 11, 2020, the Court sentenced defendant to credit for time served, with three years of supervised release. Defendant requests clarification as to Special Condition of Supervision No. 6, which requires her to participate in location monitoring for a period of six months. See Dkt. #86 at 5, ¶ 6. Having considered defendant's motion and the record contained herein,

IT IS HEREBY ORDERED that Special Condition of Supervision No. 6 be amended as follows:

> 6. The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of six months. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of services, to the extent financially able, as determined by the location monitoring specialist.

An amended judgment incorporating this amendment shall issue as to Ms. Torres. All other provisions of sentencing remain as previously set.

ORDER - 1

IT IS SO ORDERED.

DATED this 29th day of September 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2