UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-227-RSL |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| LINNETTE TORRES and RYAN ERIC FLETCHER, | |
| Defendants. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. A Glock 43 pistol, serial no. BDPV845, and any associated ammunition;

2. A Savage 308 hunting rifle, serial no. H976478, and any associated ammunition;

3. A Palmetto State Armory AR-15 style rifle, serial no. SCD011059, and any associated ammunition; and,

4. A Glock 19 pistol, serial no. ZRC587, and any associated ammunition.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On April 13, 2020, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendants' interests in them (Dkt. No. 66);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 67) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Ex. A); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the above-identified firearms and associated ammunition exists in any party other than the United States;

2.      The firearms and associated ammunition are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3.      The United States Department of Justice, the Federal Bureau of

///

///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Investigation, and/or their representatives, are authorized to dispose of the firearms and
2   associated ammunition as permitted by governing law.

3
4       IT IS SO ORDERED.

5       DATED this __15th__ day of December, 2020.

6
7
8                                _____
9                                THE HON. ROBERT S. LASNIK
10                               UNITED STATES DISTRICT JUDGE

11
12
13  Presented by:
14
15
16  *s/Michelle  Jensen*
    _____
    MICHELLE JENSEN
17  Assistant United States Attorney
18  United States Attorney's Office
    700 Stewart Street, Suite 5220
19  Seattle, WA 98101
20  (206) 553-2619
21  Michelle.Jensen@usdoj.gov
22
23
24
25
26
27
28

Final Order of Forfeiture - 3
*United States v. Torres, et al.,* CR19-227-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970